AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| GREGORY P. FELTON <br><br> *Plaintiff* <br><br> v. <br><br> LONG ISLAND RAIL ROAD COMPANY, <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. CV 13 6721 <br> ) <br> ) <br> ) |

SEYBERT, J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LONG ISLAND RAIL ROAD COMPANY
JAMAICA STATION
JAMAICA, NY 11435

LINDSAY, M.J.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   MICHAEL D. FLYNN
   ATTORNEY AT LAW
   5 PENN PLAZA, 23RD FL
   NEW YORK, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: DEC 02 2013

_____
*Signature of Clerk or Deputy Clerk*

2013 DEC -2 P 3:00
LIRR LAW DEPARTMENT

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* LIRR Law Department Jamaica station, Jamaica, NY on *(date)* 12/2/2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/11/2013

Jeremy Green
*Server's signature*

Jeremy Green, Clerk
*Printed name and title*

5 Penn Plaza, 23rd Floor, New York, NY 10001
*Server's address*

Additional information regarding attempted service, etc: