**MICHAEL D. FLYNN**
ATTORNEY AT LAW
5 PENN PLAZA, 23RD FLOOR
NEW YORK, NEW YORK 10001

212-896-3812

FAX 866-855-3813

VALERIE J. LAURIELLO

January 14, 2014
VIA ECF

Hon. Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: Felton v. Long Island Rail Road, CV 13 6721, (JS) (ARL).

Honorable Madam:

May it please the Court.

Plaintiff, by his attorney Valerie J. Lauriello, Esq., with the consent of LIRR Attorney, Christopher P. Yodice, respectfully reports to the Court that the dates in the proposed scheduling order are acceptable to the parties, there are no pending disputes or issues requiring Court intervention, and that no pending related cases exist.

Wherefore, it is respectfully requested that, in view of the foregoing, the initial conference presently scheduled for February 12, 2014, at 2:00 pm, be canceled and the proposed scheduling order be entered.

Thank you.

Respectfully submitted,

Valerie J. Lauriello